UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL JONES O/B/O H.J., | Case No. C12-1103-JPD |
| Plaintiff, | ORDER REVERSING AND REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Plaintiff brought this action to seek judicial review of the denial of her application for disability benefits by the Commissioner of the Social Security Administration. Dkt. 1. The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 25.

Based on the stipulation of the parties, this case is REVERSED and REMANDED for further administrative proceedings before an Administrative Law Judge ("ALJ"). On remand, the ALJ shall conduct a new hearing, further develop the record and issue a new decision; reconsider the medical source opinions in the record, providing the weight accorded to those opinions; reevaluate lay witness statements; and reassess plaintiff's functional limitations in the six domains.

ORDER
PAGE - 1

Upon proper application, the Court will consider whether reasonable attorney's fees should be awarded 28 U.S.C. § 2412.

DATED this 30th day of November, 2012.

*[signature: James P. Donohue]*

JAMES P. DONOHUE
United States Magistrate Judge

ORDER
PAGE - 2